**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **753 Ninth Ave Realty, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 46-1787680 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1461 First Avenue** <br> **Suite 213** <br> **New York, NY 10075** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** <br> County | **Location of principal assets, if different from principal place of business** <br> **753 Ninth Avenue New York, NY 10019** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **753 Ninth Ave Realty, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor    **753 Ninth Ave Realty, LLC**                              Case number (*if known*) _____
      Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

        Contact name    _____

        Phone    _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **753 Ninth Ave Realty, LLC**                                    Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 15, 2019**
               MM / DD / YYYY

X **/s/ Marina Koustis**                                    **Marina Koustis**
  Signature of authorized representative of debtor            Printed name

Title    **Manager of Sole Member**

**18. Signature of attorney**

X **/s/ Matthew G. Roseman**                    Date    **April 15, 2019**
  Signature of attorney for debtor                      MM / DD / YYYY

**Matthew G. Roseman MR-1387**
Printed name

**Cullen and Dykman LLP**
Firm name

**100 Quentin Roosevelt Blvd
Garden City, NY 11530**
Number, Street, City, State & ZIP Code

Contact phone    **516-357-3700**        Email address    **mroseman@cullenanddykman.com**

**MR-1387 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **753 Ninth Ave Realty, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 15, 2019**         X /s/ Marina Koustis
                                          Signature of individual signing on behalf of debtor

                                          **Marina Koustis**
                                          Printed name

                                          **Manager of Sole Member**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 753 Ninth Ave Realty, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AAA Five Star Construction 330 Ocean Parkway Brooklyn, NY 11218 | | Repairs and Maintenance | | | | $6,000.00 |
| Con Edison Cooper Station P.O. Box 138 New York, NY 10276 | | Utility Bill | | | | $119.71 |
| Drain Kleen 1021 E. Gun Hill Road Bronx, NY 10469 | | Repairs and Maintenance | | | | $700.00 |
| EZ Restoration 8411 Liberty Avenue North Bergen, NJ 07047 | | Repairs and Maintenance | | | | $1,500.00 |
| Kishner Miller Himes P.C. Attn: Ryan Miller, Esq. 420 Lexington Ave., Suite 300 New York, NY 10170 | | Legal Fees | | | | $32,839.50 |
| Macfelder Plumbing 610 11th Avenue New York, NY 10036 | | Repairs and Maintenance | | | | $898.00 |
| Miguel Rios 724 10th Avenue New York, NY 10019 | | Repairs and Maintenance | | | | $1,000.00 |
| NYC Water Board P.O. Box 11863 Newark, NJ 07101 | | Utility Bill | | | | $54,752.50 |
| Roto Rooter Services Co. 5672 Collections Center Dr. Chicago, IL 60693 | | Repairs and Maintenance | | | | $5,832.02 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    __753 Ninth Ave Realty, LLC__    Case number *(if known)*    _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sky Locksmith 1574 First Avenue New York, NY 10028** | | **Trade** | | | | **$1,500.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **753 Ninth Ave Realty, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................. $      **13,500,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................. $      **499.51**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................... $      **13,500,499.51**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................................... $      **16,262,258.70**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... $      **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$      **105,141.73**

4. **Total liabilities** .....................................................................................
   Lines 2 + 3a + 3b

   $      **16,367,400.43**

**Fill in this information to identify the case:**

Debtor name **753 Ninth Ave Realty, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.      **Cash on hand**                                                                                                          **$499.51**

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
        Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                                               **$499.51**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:       Investments**

13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **753 Ninth Ave Realty, LLC**                                    Case number *(if known)* _____
          Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

54. Does the debtor own or lease any real property?

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **753 Ninth Avenue**<br>**New York, New York** | Fee Simple | Unknown | Appraisal | $13,500,000.00 |

---

56. **Total of Part 9.**                                                    $13,500,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **753 Ninth Ave Realty, LLC**                      Case number *(If known)* _____
          Name

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Claims against Royal Host Realty, LLC, Suzuki Capital LLC, Sam Suzuki and Doral Bank for damages in an unliquidated amount** | Unknown |
| | **4,502 square feet of excess development rights** | Unknown |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☑ Yes

Debtor    __753 Ninth Ave Realty, LLC_____    Case number *(If known)* _____
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $499.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................> | | $13,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $499.51 | + 91b. $13,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,500,499.51 |

**Fill in this information to identify the case:**

Debtor name   **753 Ninth Ave Realty, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **72nd Ninth LLC**<br>Creditor's Name<br><br>**825 Third Avenue**<br>**37th Floor**<br>**New York, NY 10022**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**February 27, 2014**<br>**753 Ninth Avenue**<br>**New York, New York** | **$15,601,486.50** | **$27,500,000.00** |

Describe the lien
**Mortgage Debt**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Admiral Energy Corp.**<br>Creditor's Name<br><br>**444 A 3rd Avenue**<br>**Brooklyn, NY 11215**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**753 Ninth Avenue, New York, New York** | $4,136.32 | $0.00 |

Describe the lien
**UCC Financing Statement 7/15/15**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **753 Ninth Ave Realty, LLC**                                      Case number (if know)
          Name

☐ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Cam Energy Heating &** | | | | |
| | Creditor's Name | | | | |

**Air Conditioning**
**213 50th Street**
**Brooklyn, NY 11220**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

☐ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

Describe debtor's property that is subject to a lien        $3,830.75        $0.00
**Mechanics Lien**

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **City of NY ECB** | | | | |
| | Creditor's Name | | | | |

**66 John Street**
**10th Floor**
**New York, NY 10038**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

☐ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

Describe debtor's property that is subject to a lien        $3,800.00        $0.00
**753 Ninth Avenue, New York, New York**

Describe the lien
**Violations**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **City of NY ECB** | | | | |
| | Creditor's Name | | | | |

**66 John Street**
**10th Floor**
**New York, NY 10038**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien        $300.00        $0.00
**753 Ninth Avenue, New York, New York**

Describe the lien
**Violations against prior owner**
Is the creditor an insider or related party?
☐ No
☐ Yes

---

Official Form 206D         Additional Page of Schedule D: Creditors Who Have Claims Secured by Property         page 2 of 5

Debtor    **753 Ninth Ave Realty, LLC**                                                    Case number (if know) _____
          Name

| | |
|---|---|
| **Date debt was incurred** | Is anyone else liable on this claim? |
| | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.6  Criminal Ct-City of NY**
Creditor's Name

**c/o District Attorney of New York County One Hogan Place New York, NY 10013**
Creditor's mailing address

| Describe debtor's property that is subject to a lien | $5,000.00 | $0.00 |
|---|---|---|
| **753 Ninth Avenue, New York, New York** | | |

Describe the lien
**Judgment against prior owner**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.7  Duocolony Fuel  Corp.**
Creditor's Name

**136-32nd Avenue Flushing, NY 11354**
Creditor's mailing address

| Describe debtor's property that is subject to a lien | $2,382.88 | $0.00 |
|---|---|---|
| **753 Ninth Avenue, New York, New York** | | |

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| **2.8  NYC Dept of Finance** | Describe debtor's property that is subject to a lien | $639,872.68 | $0.00 |
|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **753 Ninth Ave Realty, LLC**                        Case number (if know) _____
_____
Name

| Creditor's Name | | | |
|---|---|---|---|
| **59 Maiden Lane**<br>**19th Floor**<br>**New York, NY 10038** | **Real Estate Taxes** | | |

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | NYS Dept of Tax and Finance | Describe debtor's property that is subject to a lien | $1,449.57 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **753 Ninth Avenue, New York, New York** | | |

**PO Box 5300**
**Albany, NY 12205**

Creditor's mailing address

**Describe the lien**

**Judgment against prior owner - 2/10/15**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1<br>0 | Paragon Oil Burner | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **753 Ninth Avenue, New York, New York** | | |

**Service & Repair Company,**
**Inc.**
**4416 18th Avenue, Ste 164**
**Brooklyn, NY 11204**

Creditor's mailing address

**Describe the lien**

**UCC Financing Statement 7/23/14**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property                    page 4 of 5

Debtor    **753 Ninth Ave Realty, LLC**                                    Case number (if know) _____
                     Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated |
| | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $16,262,258.70

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Kriss & Feurstein LLP**<br>**Jerold Feuerstein, Esq.**<br>**360 Lexington Ave, Suite 1200**<br>**New York, NY 10017** | Line   **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **753 Ninth Ave Realty, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**AAA Five Star Construction**<br>**330 Ocean Parkway**<br>**Brooklyn, NY 11218**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Repairs and Maintenance**<br>Is the claim subject to offset? ■ No ☐ Yes | | **$6,000.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Con Edison**<br>**Cooper Station**<br>**P.O. Box 138**<br>**New York, NY 10276**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **0043** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utility Bill**<br>Is the claim subject to offset? ■ No ☐ Yes | | **$119.71** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Drain Kleen**<br>**1021 E. Gun Hill Road**<br>**Bronx, NY 10469**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Repairs and Maintenance**<br>Is the claim subject to offset? ■ No ☐ Yes | | **$700.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**EZ Restoration**<br>**8411 Liberty Avenue**<br>**North Bergen, NJ 07047**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Repairs and Maintenance**<br>Is the claim subject to offset? ■ No ☐ Yes | | **$1,500.00** |

Debtor    **753 Ninth Ave Realty, LLC**
_____    Case number (if known) _____
         Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,839.50** |
|---|---|---|---|

**Kishner Miller  Himes P.C.**
**Attn: Ryan Miller, Esq.**
**420 Lexington Ave., Suite 300**
**New York, NY 10170**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$898.00** |
|---|---|---|---|

**Macfelder Plumbing**
**610 11th Avenue**
**New York, NY 10036**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs and Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Miguel Rios**
**724 10th Avenue**
**New York, NY 10019**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs and Maintenance**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,752.50** |
|---|---|---|---|

**NYC Water Board**
**P.O. Box 11863**
**Newark, NJ 07101**

Date(s) debt was incurred __

Last 4 digits of account number  **2001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Bill**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,832.02** |
|---|---|---|---|

**Roto Rooter Services Co.**
**5672 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs and Maintenance**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Royal Host Realty, LLC**
**347 Fifth Avenue**
**New York, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Management Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Sky Locksmith**
**1574 First Avenue**
**New York, NY 10028**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    __753 Ninth Ave Realty, LLC_____    Case number (if known) _____
           Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1    O'Rourke & Degen, PLLC<br>225 Broadway<br>Suite 715<br>New York, NY 10007 | Line __3.10___<br><br>☐  Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 105,141.73 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. $ | 105,141.73 |

**Fill in this information to identify the case:**

Debtor name   **753 Ninth Ave Realty, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1.** | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| | State the term remaining | Albert Ruiz & Andre Copplo 753 Ninth Avenue Apt. 3A New York, NY 10019 |
| | List the contract number of any government contract | |
| **2.2.** | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| | State the term remaining | Alejandro Hector de Marchena 753 Ninth Avenue Apt. 3C New York, NY 10019 |
| | List the contract number of any government contract | |
| **2.3.** | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| | State the term remaining | Bruce Rubio 753 Ninth Avenue Apt. 5A New York, NY 10019 |
| | List the contract number of any government contract | |
| **2.4.** | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| | State the term remaining | Erol Zeren & Hector De Marchena 753 Ninth Avenue Apt. 3B New York, NY 10019 |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor 1   **753 Ninth Ave Realty, LLC**                                    Case number *(if known)* _____
           First Name    Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| | State the term remaining | Esmeralda Mosko |
| | List the contract number of any government contract | 753 Ninth Avenue Apt. 2C New York, NY 10019 |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| | State the term remaining | Eugene Lowery |
| | List the contract number of any government contract | 753 Ninth Avenue Apt. 4C New York, NY 10019 |

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| | State the term remaining | George Romero |
| | List the contract number of any government contract | 753 Ninth Avenue Apt. 2A New York, NY 10019 |

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| | State the term remaining | John Henry & D. Scott Johnson |
| | List the contract number of any government contract | 753 Ninth Avenue Apt. 5B New York, NY 10019 |

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| | State the term remaining | Keri Jordan |
| | List the contract number of any government contract | 753 Ninth Avenue Apt. 5C New York, NY 10019 |

| | | |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| | State the term remaining | Lisa Miller Stevens |
| | List the contract number of any | 753 Ninth Avenue Apt. 4B New York, NY 10019 |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 2 of 3

Debtor 1  **753 Ninth Ave Realty, LLC**                                    Case number *(if known)* _____
          First Name    Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

government contract          _____     _____

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Retail Lease |
| | State the term remaining | Oxido Corp.<br>753 Ninth Avenue<br>1st Floor<br>New York, NY 10019 |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| | State the term remaining | Stenay & Nicoll Anderson<br>753 Ninth Avenue<br>Apt. 2B<br>New York, NY 10019 |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| | State the term remaining | Vickie Lydick and<br>Shay Lydick<br>753 Ninth Avenue<br>Apt. 4A<br>New York, NY 10019 |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name          **753 Ninth Ave Realty, LLC**

United States Bankruptcy Court for the:          SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | 212 East 72nd Street LLC | 212 East 72nd Street<br>New York, NY 10021<br>only as to its real property | 72nd Ninth LLC | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Evanthia Koustis | 212 East 72nd Street<br>New York, NY 10075 | 72nd Ninth LLC | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Marina Koustis | 1461 First Avenue<br>Apt. 265<br>New York, NY 10075 | 72nd Ninth LLC | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Sofia Koustis | 212 East 72nd Street<br>New York, NY 10021 | 72nd Ninth LLC | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **753 Ninth Ave Realty, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:      Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other  **Rents** | **$542,391.98** |
    | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other  **Rents** | **$477,222.23** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    |---|---|---|---|
    | 3.1.    **See Attached** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **753 Ninth Ave Realty, LLC** _____   Case number *(if known)* _____

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | 72nd Ninth LLC v. 753 Ninth Avenue Realty LLC, et al.<br>850009/2016 | Foreclosure | Supreme Court, New York County<br>111 Centre Street<br>New York, NY 10013 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Royal Host Realty, LLC v. 753 Ninth Avenue Realty LLC, et al.<br><br>753 Ninth Avenue Realty LLC, et al. v. Suzuki Capital LLC, Sam Suzuki and Doral Bank<br>653826/2019 | Action and Cross Claims regarding Management Agreement | Supreme Court, NY County<br>111 Centre Street<br>New York, NY 10013 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

Debtor   **753 Ninth Ave Realty, LLC**                          Case number *(if known)*  _____

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cullen and Dykman, LLP** <br> **100 Quentin Roosevelt Blvd.** <br> **Garden City, NY 11530** | | **April 15, 2019** | **$25,000.00** |
| | Email or website address <br> _____ | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   Previous Locations

Debtor    753 Ninth Ave Realty, LLC                                         Case number *(if known)*

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Address                                                        Dates of occupancy
                                                              From-To

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **753 Ninth Ave Realty, LLC**                                        Case number *(if known)* _____

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Storage Post**<br>**112 Bruckner Boulevard**<br>**Bronx, NY 10454** | **Marina Koustis**<br>**Sofia Koustis** | **Books and Records** | ☐ No<br>■ Yes |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 5

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **753 Ninth Ave Realty, LLC**                    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☑ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☑ None

Name and address

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☑ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vasilios Koustis | 1461 First Avenue<br>Apt. 265<br>New York, NY 10075 | Member of Sole Member | 11% |
| Marina Koustis | 1461 First Avenue<br>Apt. 265<br>New York, NY 10075 | Member of Sole Member | 44.5% |
| Sofia Koustis | 212 East 72nd Street<br>New York, NY 10021 | Member of Sole Member | 44.5% |
| 753 Ninth Ave Holdings, LLC | 1461 First Avenue<br>Apt. 265<br>New York, NY 10075 | Sole Member | 100% |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    __753 Ninth Ave Realty, LLC__                                    Case number *(if known)*    _____

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 15, 2019__

__/s/ Marina Koustis__                              __Marina Koustis__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __Manager of Sole Member__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

SCHEDULE 3 TO STATEMENT OF FINANCIAL AFFAIRS

| DATE | PAYEE | AMOUNT | REASON |
|---|---|---|---|
| 1/15/2019 | Arturro Cabrera | $400.00 | Payroll |
| 1/15/2019 | Kishner Miller Himes P.C. | $5,000.00 | Legal Fees |
| 1/17/2019 | J. Lopez Construction | $4,800.00 | Repairs and Maintenance |
| 1/18/2019 | Superior | $741.64 | Insurance |
| 1/22/2019 | Macfelder Plumbing | $484.89 | Repairs and Maintenance |
| 1/22/2019 | Miguel Rios | $3,500.00 | Repairs and Maintenance |
| 1/22/2019 | Cam Fuel Inc. | $2,045.09 | Utility Service |
| 1/23/2019 | Pest Away Exterminating | $500.00 | Exterminator |
| 1/28/2019 | Cam Fuel Inc. | $2,101.36 | Utility Service |
| 2/1/2019 | Macfelder Plumbing | $957.56 | Repairs and Maintenance |
| 2/4/2019 | Fedex | $68.67 | Office Expenses |
| 2/6/2019 | Con Edison | $125.00 | Utility Service |
| 2/7/2019 | Cam Fuel Inc. | $2,025.27 | Utility Service |
| 2/7/2019 | J. Lopez Construction | $4,200.00 | Repairs and Maintenance |
| 2/11/2019 | Neighborhood Postal | $163.00 | Office Expenses |
| 2/12/2019 | Superior | $384.63 | Insurance |
| 2/14/2019 | Chubb | $1,552.93 | Insurance |
| 2/14/2019 | Fedex | $12.96 | Office Expense |
| 2/15/2019 | Arturro Cabrera | $400.00 | Payroll |
| 2/15/2019 | Miguel Rios | $2,000.00 | Repairs and Maintenance |
| 2/17/2019 | J. Lopez Construction | $3,750.00 | Repairs and Maintenance |
| 2/19/2019 | Cam Fuel Inc. | $1,907.86 | Utility Expenses |
| 2/20/2019 | Superior | $741.64 | Insurance |
| 2/20/2019 | Pest Away Exterminating | $500.00 | Exterminator |
| 2/24/2019 | J. Lopez Construction | $2,275.00 | Repairs and Maintenance |
| 2/28/2019 | Cam Fuel Inc. | $2,005.63 | Utility Expenses |
| 3/5/2019 | Kishner Miller Himes P.C. | $5,000.00 | Legal Fees |
| 3/8/2019 | Con Edison | $115.64 | Utility Expenses |
| 3/9/2019 | J. Lopez Construction | $3,700.00 | Repairs and Maintenance |
| 3/11/2019 | Cam Fuel Inc. | $1,871.63 | Utility Expenses |
| 3/12/2019 | Superior | $384.63 | Insurance |

| 3/13/2019 | Fedex | $4.62 | Office Expenses |
| 3/13/2019 | J. Lopez Construction | $4,850.00 | Repairs and Maintenance |
| 3/14/2019 | Chubb | $1,544.43 | Insurance |
| 3/15/2019 | Arturro Cabrera | $400.00 | Payroll |
| 3/17/2019 | Miguel Rios | $2,775.00 | Repairs and Maintenance |
| 3/18/2019 | Cam Fuel Inc. | $1,438.30 | Utility Expenses |
| 3/20/2019 | Pest Away Exterminating | $500.00 | Exterminator |
| 3/22/2019 | Miguel Rios | $2,800.00 | Repairs and Maintenance |
| 3/25/2019 | Cam Fuel Inc. | $1,479.00 | Utility Expenses |
| 4/1/2016 | Roto Rooter | $745.79 | Repairs and Maintenance |
| 4/3/2019 | CVS | $16.48 | Office Expense |
| 4/3/2019 | Arturro Cabrera | $400.00 | Payroll |
| 4/4/2019 | J. Lopez Construction | $600.00 | Repairs and Maintenance |
| 4/4/2019 | FedEx | $21.13 | Office Expenses |
| 4/4/2019 | Cam Fuel Inc. | $1,301.09 | Utility Payment |
| 4/8/2019 | Goodman Appraisal | $5,250.00 | Appraisal |
| 4/8/2019 | Con Edison | $119.71 | Utility Payment |
| 4/9/2019 | J. Lopez Construction | $1,000.00 | Repairs and Maintenance |
| 4/10/2019 | Neighbor Postal | $163.13 | Office Expenses |
| 4/10/2019 | Macfelder Plumbing | $402.70 | Repairs and Maintenance |
| 4/11/2019 | Cleaning Supplies | $200.00 | Office Expenses |
| 4/12/2019 | Chubb | $1,551.57 | Insurance |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re **753 Ninth Ave Realty, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ 25,000.00 |
    | Prior to the filing of this statement I have received | $ 25,000.00 |
    | Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **All aspects of Chapter 11 case**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 15, 2019**
_Date_

**/s/ Matthew G. Roseman**
**Matthew G. Roseman MR-1387**
_Signature of Attorney_
**Cullen and Dykman LLP**
**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**
**516-357-3700**
**mroseman@cullenanddykman.com**
_Name of law firm_

---

Best Case Bankruptcy

## United States Bankruptcy Court
### Southern District of New York

In re   **753 Ninth Ave Realty, LLC**
_____
Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **753 Ninth Ave Holdings, LLC<br>1461 First Avenue<br>Apt. 265<br>New York, NY 10075** | **Sole Member** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager of Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 15, 2019**
_____

Signature   **/s/ Marina Koustis**
_____
**Marina Koustis**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of New York

In re  **753 Ninth Ave Realty, LLC**

Debtor(s)

Case No. _____

Chapter  **11**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 15, 2019**  _____

/s/ Marina Koustis

**Marina Koustis/Manager of Sole Member**
Signer/Title

212 EAST 72ND STREET LLC
212 EAST 72ND STREET
NEW YORK, NY 10021


72ND NINTH LLC
825 THIRD AVENUE
37TH FLOOR
NEW YORK, NY 10022


AAA FIVE STAR CONSTRUCTION
330 OCEAN PARKWAY
BROOKLYN, NY 11218


ADMIRAL ENERGY CORP.
444 A 3RD AVENUE
BROOKLYN, NY 11215


ALBERT RUIZ &
ANDRE COPPLO
753 NINTH AVENUE
APT. 3A
NEW YORK, NY 10019


ALEJANDRO HECTOR DE
MARCHENA
753 NINTH AVENUE
APT. 3C
NEW YORK, NY 10019


BRUCE RUBIO
753 NINTH AVENUE
APT. 5A
NEW YORK, NY 10019


CAM ENERGY HEATING &
AIR CONDITIONING
213 50TH STREET
BROOKLYN, NY 11220


CITY OF NY ECB
66 JOHN STREET
10TH FLOOR
NEW YORK, NY 10038

CON EDISON
COOPER STATION
P.O. BOX 138
NEW YORK, NY 10276


CRIMINAL CT-CITY OF NY
C/O DISTRICT ATTORNEY OF
NEW YORK COUNTY
ONE HOGAN PLACE
NEW YORK, NY 10013


DRAIN KLEEN
1021 E. GUN HILL ROAD
BRONX, NY 10469


DUOCOLONY FUEL  CORP.
136-32ND AVENUE
FLUSHING, NY 11354


EROL ZEREN &
HECTOR DE MARCHENA
753 NINTH AVENUE
APT. 3B
NEW YORK, NY 10019


ESMERALDA MOSKO
753 NINTH AVENUE
APT. 2C
NEW YORK, NY 10019


EUGENE LOWERY
753 NINTH AVENUE
APT. 4C
NEW YORK, NY 10019


EVANTHIA KOUSTIS
212 EAST 72ND STREET
NEW YORK, NY 10075


EZ RESTORATION
8411 LIBERTY AVENUE
NORTH BERGEN, NJ 07047

GEORGE ROMERO
753 NINTH AVENUE
APT. 2A
NEW YORK, NY 10019


JOHN HENRY & D. SCOTT JOHNSON
753 NINTH AVENUE
APT. 5B
NEW YORK, NY 10019


KERI JORDAN
753 NINTH AVENUE
APT. 5C
NEW YORK, NY 10019


KISHNER MILLER  HIMES P.C.
ATTN: RYAN MILLER, ESQ.
420 LEXINGTON AVE., SUITE 300
NEW YORK, NY 10170


KRISS & FEURSTEIN LLP
JEROLD FEUERSTEIN, ESQ.
360 LEXINGTON AVE, SUITE 1200
NEW YORK, NY 10017


LISA MILLER STEVENS
753 NINTH AVENUE
APT. 4B
NEW YORK, NY 10019


MACFELDER PLUMBING
610 11TH AVENUE
NEW YORK, NY 10036


MARINA KOUSTIS
1461 FIRST AVENUE
APT. 265
NEW YORK, NY 10075


MIGUEL RIOS
724 10TH AVENUE
NEW YORK, NY 10019

NYC DEPT OF FINANCE
59 MAIDEN LANE
19TH FLOOR
NEW YORK, NY 10038


NYC WATER BOARD
P.O. BOX 11863
NEWARK, NJ 07101


NYS DEPT OF TAX AND FINANCE
PO BOX 5300
ALBANY, NY 12205


O'ROURKE & DEGEN, PLLC
225 BROADWAY
SUITE 715
NEW YORK, NY 10007


OXIDO CORP.
753 NINTH AVENUE
1ST FLOOR
NEW YORK, NY 10019


PARAGON OIL BURNER
SERVICE & REPAIR COMPANY,
INC.
4416 18TH AVENUE, STE 164
BROOKLYN, NY 11204


ROTO ROOTER SERVICES CO.
5672 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


ROYAL HOST REALTY, LLC
347 FIFTH AVENUE
NEW YORK, NY 10016


SKY LOCKSMITH
1574 FIRST AVENUE
NEW YORK, NY 10028


SOFIA KOUSTIS
212 EAST 72ND STREET
NEW YORK, NY 10021

STENAY & NICOLL ANDERSON
753 NINTH AVENUE
APT. 2B
NEW YORK, NY 10019


VICKIE LYDICK AND
SHAY LYDICK
753 NINTH AVENUE
APT. 4A
NEW YORK, NY 10019

# United States Bankruptcy Court
## Southern District of New York

In re    753 Ninth Ave Realty, LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    753 Ninth Ave Realty, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 15, 2019

Date

/s/ Matthew G. Roseman

Matthew G. Roseman MR-1387

Signature of Attorney or Litigant
Counsel for    753 Ninth Ave Realty, LLC
Cullen and Dykman LLP
100 Quentin Roosevelt Blvd
Garden City, NY 11530
516-357-3700
mroseman@cullenanddykman.com