## Schedule 2

## 5 Largest Secured Claims

| Creditor | Amount of Claim | Description of Claim | Value of Collateral Securing Claim | Lien or Claim Disputed (Y/N) |
|---|---|---|---|---|
| 72nd Ninth LLC<br>825 Third Ave, 37th Floor<br>New York, New York 10022 | $8,638,236.75 as of July 18, 2018[2] | Mortgage Debt | | Y |
| 72nd Ninth LLC<br>825 Third Ave, 37th Floor<br>New York, New York 10022 | $6,688,207.94 as of July 18, 2018[3] | Mortgage Debt | | Y |
| NYC Dept of Finance<br>59 Maiden Lane<br>19th Floor<br>New York, New York 10038 | $639,872.68 | Real Estate Taxes | | Y |
| Criminal Ct-City of NY<br>c/o District Attorney of New York County<br>One Hogan Place<br>New York, New York 10013 | $5,000.00 | Judgment against Prior Owner | | Y |
| Admiral Energy Corp.<br>444 3rd Avenue<br>Brooklyn, New York 11215 | $4,136.32 | UCC Financing Statement 7/215/15 | | N |

---

[2] Per Stipulation and Order dated September 14, 2018, the Debtor reserved the right to dispute the Lender's entitlement to default interest in the amount of $4,020,722.16 as of July 18, 2018.

[3] Per Stipulation and Order dated September 14, 2018, the Debtor reserved the right to dispute the Lender's entitlement to default interest in the amount of $3,070,662.28 as of July 18, 2018. This obligation, owed by 212 East 72nd Street, LLC, is secured by the Debtor's property but is non-recourse as to any other assets.